> This is not the official court record. Official records of court proceedings may only
> be obtained directly from the court maintaining a particular record.

# Linda Matejcak, Anthony Matejcak v. M & G Trucking and Transportation, Inc., Winston Baena

| | |
|---|---|
| Case Number | 46C01-1912-CT-002900 |
| Court | LaPorte Circuit Court |
| Type | CT - Civil Tort |
| Filed | 12/06/2019 |
| Status | 12/06/2019 , Pending  (active) |

## Parties to the Case

**Defendant**  M & G Trucking and Transportation, Inc.

Attorney
Paul Thomas Belch
*#1853349, Retained*

Travelers Staff Counsel
280 East 96th Street
Suite 325
Indianapolis, IN 46240
317-818-5111(W)

**Defendant**  Baena, Winston

**Plaintiff**    Matejcak, Linda

Attorney
Tara M Worthley
*#2588364, Retained*

Langer & Langer
4 Indiana Avenue
Valparaiso, IN 46383
219-464-3246(W)

**Plaintiff**    Matejcak, Anthony

Attorney
Tara M Worthley
*#2588364, Retained*

Langer & Langer
4 Indiana Avenue
Valparaiso, IN 46383
219-464-3246(W)

## Chronological Case Summary

| 12/06/2019 | **Case Opened as a New Filing** |
|---|---|

| 12/13/2019 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint

| | |
|---|---|
| Filed By: | Matejcak, Linda |
| Filed By: | Matejcak, Anthony |
| File Stamp: | 12/06/2019 |

| 12/13/2019 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Matejcak, Linda |
| | For Party: | Matejcak, Anthony |
| | File Stamp: | 12/06/2019 |

| 12/13/2019 | **Information Filed** | |
|---|---|---|
| | Praecipe for Summons Upon Indiana Secretary of State | |
| | Filed By: | Matejcak, Linda |
| | Filed By: | Matejcak, Anthony |
| | File Stamp: | 12/06/2019 |

| 12/13/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons-Baena | |
| | Filed By: | Matejcak, Linda |
| | Filed By: | Matejcak, Anthony |
| | File Stamp: | 12/06/2019 |

| 12/13/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons- M & G Trucking and Transportation, Inc. | |
| | Filed By: | Matejcak, Linda |
| | Filed By: | Matejcak, Anthony |
| | File Stamp: | 12/06/2019 |

| 12/13/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons- Mark J. Majkut | |
| | Filed By: | Matejcak, Linda |
| | Filed By: | Matejcak, Anthony |
| | File Stamp: | 12/06/2019 |

| 12/23/2019 | **Appearance Filed** | |
|---|---|---|
| | Appearance by Paul T. Belch | |
| | For Party: | M & G Trucking and Transportation, Inc. |
| | For Party: | Baena, Winston |
| | File Stamp: | 12/23/2019 |

| 12/23/2019 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Defendants by counsel files Motion for Enlargement of Time to Answer | |
| | Filed By: | M & G Trucking and Transportation, Inc. |
| | Filed By: | Baena, Winston |
| | File Stamp: | 12/23/2019 |

| 12/26/2019 | **Order Granting** | |
|---|---|---|
| | Court Orders that the time for the Defendants to respond to Plaintiffs' Complaint is enlarged to and including 2-7-20. | |
| | Judicial Officer: | Alevizos, Thomas J |
| | Movant: | Belch, Paul Thomas |
| | Noticed: | Worthley, Tara M |
| | Noticed: | Belch, Paul Thomas |
| | Order Signed: | 12/23/2019 |

| 12/27/2019 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting ---- 12/26/2019 : Paul Thomas Belch;Tara M Worthley | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Matejcak, Linda**

Plaintiff

Balance Due (as of 01/08/2020)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/13/2019 | Transaction Assessment | 157.00 |
| 12/13/2019 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only
be obtained directly from the court maintaining a particular record.

LaPorte Circuit Court

## IN THE LA PORTE CIRCUIT COURT
## STATE OF INDIANA

| | |
|---|---|
| LINDA MATEJCAK and<br>ANTHONY MATEJCAK, | )<br>)<br>) |
| Plaintiffs,<br>v. | )<br>)<br>)    No.: **46C01-1912-CT-002900** |
| M & G TRUCKING AND<br>TRANSPORTATION, INC. and<br>WINSTON BAENA | )<br>)<br>)    **Jury Demand**<br>)<br>) |
| Defendants. | ) |

## COMPLAINT AT LAW
## COUNT I – PERSONAL INJURY - NEGLIGENCE - LINDA MATEJCAK

Plaintiff, LINDA MATEJCAK, by and through her attorneys, LANGER AND LANGER, complaining of Defendants, M & G TRUCKING AND TRANSPORTATION, INC and WINSTON BAENA, complains of each as follows:

1. On January 4, 2018, and at all times relevant hereto, Interstate 80 (hereinafter "I-80") was a public highway running in a generally east/west direction in the County of La Porte, Township of Center, State of Indiana.

2. On January 4, 2018, and at all times relevant hereto, Plaintiff, LINDA MATEJCAK, was a passenger in a vehicle operated by Plaintiff, ANTHONY MATEJCAK, traveling in a generally westbound direction on I-80 at or near mile post 43.

3. On January 4, 2018, Defendant, WINSTON BAENA, operated a truck traveling in a generally westbound direction on I-80 at or near mile post 43.

4. On January 4, 2018, and at all times relevant hereto, Defendant, WINSTON BAENA, was operating a truck bearing the names and logos of Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

1

5. On January 4, 2018, and at all times relevant hereto, Defendant, WINSTON BAENA, was a duly authorized agent and/or employee of Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

6. On January 4, 2018, and at all times relevant hereto, the vehicle operated by Defendant, WINSTON BAENA, was owned, managed, and/or controlled by Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

7. On January 4, 2018, and at times relevant hereto, Defendant, WINSTON BAENA, was acting within the scope of his employment and/or agency with Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

8. On January 4, 2018, Defendant, WINSTON BAENA, struck the vehicle in which Plaintiff, LINDA MATEJCAK was riding.

9. On January 4, 2018, and at all times relevant hereto, Defendant, M & G TRUCKING AND TRANSPORTATION, INC, individually, and through their duly authorized agent and/or employee, Defendant, WINSTON BAENA, owed a duty to exercise reasonable care in the operation of their motor vehicle to avoid placing others in danger and to avoid coming into contact with another vehicle on the roadway.

10. At the time and place aforesaid, Defendant, M & G TRUCKING AND TRANSPORTATION, INC, individually, and through their duly authorized agent and/or employee, Defendant, WINSTON BAENA was negligent in one or more of the following respects:

      a. Failing to properly train, monitor, and or/supervise its employees, drivers, and/or agents;

      b. Failing to train and/or properly train Defendant, WINSTON BAENA before allowing him to operate a vehicle;

      c. Permitting Defendant, WINSTON BAENA to operate a vehicle when it knew or should have known that he was not properly qualified and/or trained;

2

d. Following another vehicle more closely than was reasonable and prudent in violation of § 9-21-8-14;

e. Driving a vehicle on a highway at a speed greater than was reasonable and prudent under the conditions, having regard to the actual and potential hazards then existing in violation of § 9-21-5-1(a)

f. Failed to maintain proper control over the semi-tractor trailer to avoid colliding with another vehicle;

g. Driving too fast for conditions; and

h. Failing to keep and maintain a proper lookout.

11.     As a direct and proximate result of one or more of the aforesaid acts or omissions of Defendants, M & G TRUCKING AND TRANSPORTATION, INC, and WINSTON BAENA, Plaintiff, LINDA MATEJCAK, sustained injuries of a personal and pecuniary nature.

**WHEREFORE**, Plaintiffs respectfully prays that this Court enter judgment in favor of the Plaintiff and against the Defendant in a just and proper amount, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

Dated: __12/16__, 2019

Tara M. Worthley; #25888-64
LANGER AND LANGER
4 Indiana Avenue
Valparaiso, IN 46383
Telephone: 219-464-3246
Fax: 219-462-4198
tworthley@langerlaw.com
Attorney for Plaintiffs

3

## COUNT II – LOSS OF CONSORTIUM - ANTHONY MATEJCAK

Plaintiff, ANTHONY MATEJCAK, by and through his attorneys, LANGER AND LANGER, complaining of Defendants, M & G TRUCKING AND TRANSPORTATION, INC and WINSTON BAENA, complains of each as follows:

1. On January 4, 2018, and at all times relevant hereto, I-80 was a public highway running in a generally east/west direction in the County of La Porte, Township of Center, State of Indiana.

2. On January 4, 2018, and at all times relevant hereto, Plaintiff, LINDA MATEJCAK, was a passenger in a vehicle operated by Plaintiff, ANTHONY MATEJCAK, traveling in a generally westbound direction on I-80 at or near mile post 43.

3. On January 4, 2018, Defendant, WINSTON BAENA, operated a truck traveling in a generally westbound direction on I-80 at or near mile post 43.

4. On January 4, 2018, and at all times relevant hereto, Defendant, WINSTON BAENA, was operating a truck bearing the names and logos of Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

5. On January 4, 2018, and at all times relevant hereto, Defendant, WINSTON BAENA, was a duly authorized agent and/or employee of Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

6. On January 4, 2018, and at all times relevant hereto, the vehicle operated by Defendant, WINSTON BAENA, was owned, managed, and/or controlled by Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

4

7. On January 4, 2018, and at times relevant hereto, Defendant, WINSTON BAENA, was acting within the scope of his employment and/or agency with Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

8. On January 4, 2018, Defendant, WINSTON BAENA, struck the vehicle in which Plaintiff, LINDA MATEJCAK was riding.

9. On January 4, 2018, and at all times relevant hereto, Defendant, M & G TRUCKING AND TRANSPORTATION, INC, individually, and through their duly authorized agent and/or employee, Defendant, WINSTON BAENA, owed a duty to exercise reasonable care in the operation of their motor vehicle to avoid placing others in danger and to avoid coming into contact with another vehicle on the roadway.

10. At the time and place aforesaid, Defendant, M & G TRUCKING AND TRANSPORTATION, INC, individually, and through their duly authorized agent and/or employee, Defendant, WINSTON BAENA was negligent in one or more of the following respects:

      a. Failing to properly train, monitor, and or/supervise its employees, drivers, and/or agents;

      b. Failing to train and/or properly train Defendant, WINSTON BAENA before allowing him to operate a vehicle;

      c. Permitting Defendant, WINSTON BAENA to operate a vehicle when it knew or should have known that he was not properly qualified and/or trained;

      d. Following another vehicle more closely than was reasonable and prudent in violation of § 9-21-8-14;

      e. Driving a vehicle on a highway at a speed greater than was reasonable and prudent under the conditions, having regard to the actual and potential hazards then existing in violation of § 9-21-5-1(a)

      f. Failed to maintain proper control over the semi-tractor trailer to avoid colliding with another vehicle;

      g. Driving too fast for conditions; and

5

h. Failing to keep and maintain a proper lookout.

11. As a direct and proximate result of one or more of the aforesaid acts or omissions of Defendants, M & G TRUCKING AND TRANSPORTATION, INC, and WINSTON BAENA, Plaintiff, LINDA MATEJCAK, sustained injuries of a personal and pecuniary nature.

12. On and before January 4, 2018, and at all times relevant hereto, Plaintiff, ANTHONY MATEJCAK, was the lawfully wed husband of LINDA MATEJCAK, and sustained the loss of LINDA MATEJCAK's consortium, companionship, society, and support.

**WHEREFORE**, Plaintiffs respectfully prays that this Court enter judgment in favor of the Plaintiff and against the Defendants in a just and proper amount, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

Dated: __12/6__ , 2019

Tara M. Worthley; #25883-64
LANGER AND LANGER
4 Indiana Avenue
Valparaiso, IN 46383
Telephone: 219-464-3246
Fax: 219-462-4198
tworthley@langerlaw.com
Attorney for Plaintiffs

6

## JURY DEMAND

Plaintiffs, by counsel, Tara M. Worthley, pursuant to Indiana Trial Rule 38(B), demand trial by jury as to all issues.

Respectfully submitted,

Dated: ___12/6___, 2019

Tara M. Worthley; #25883-64
LANGER AND LANGER
4 Indiana Avenue
Valparaiso, IN 46383
Telephone: 219-464-3246
Fax: 219-462-4198
tworthley@langerlaw.com
Attorney for Plaintiffs

LaPorte Circuit Court

## IN THE LA PORTE CIRCUIT COURT
## STATE OF INDIANA

LINDA MATEJCAK and )
ANTHONY MATEJCAK, )
)
      Plaintiffs, )
)
v. )  No.:   **46C01-1912-CT-002900**
)
M & G TRUCKING AND )
TRANSPORTATION, INC. and )
WINSTON BAENA )
)
      Defendants. )

## PRAECIPE FOR SUMMONS UPON INDIANA SECRETARY OF STATE FOR
## M & G TRUCKING AND TRANSPORTATION, INC. AND WINSTON BAENA

Plaintiffs, by counsel, praecipes the Indiana Secretary of State to serve process upon M &

G Trucking and Transportation, Inc. and Winston Baena, the defendants in this action, and in

support states:

1.    Plaintiffs' action is based on a personal injury action from a trucking crash with

defendants, whose vehicle was registered as owned by defendant, M & G Trucking and

Transportation, Inc., whose last known address per the police report is 804 School Street,

Pawtucket, RI 02860.

2.    Indiana Code § 34-33-3-1 provides that the Indiana Secretary of State is the

designated statutory agent for receipt of the process for nonresidents who operate motor vehicles

in Indiana. Further, this statute has been interpreted to apply to vehicles owned by companies

where the driver was an agent of the company. *Jordache White and American Transport v.*

*Reimer*, 61 N.E.3d 301 (Ind. Ct. App. 2016).

1

3.     Pursuant to Ind. Tr. Rule 4.10, when service is made upon the Indiana Secretary of State, the party seeking service shall, "submit his request for service upon the agent in the **praecipe for summons, and state that the governmental organization or officer is the agent of the person being served."** (emphasis supplied).

4.     As such, in accordance with IC § 34-33-3-1, the Indiana Secretary of State is appointed as the agent for Winston Baena, M & G Trucking and Transportation, Inc, and its Registered Agent, Mark J. Majkut upon whom process may be served in this actions Plaintiffs hereby intend to serve the Indiana Secretary of State as the agent of Winston Baena, M & G Trucking and Transportation, Inc., and its Registered Agent, Mark J. Majkut.

5.     Plaintiffs request the Secretary of State to execute service by leaving a copy of the action at the last known addresses for the Defendants in accordance with IC 34-33-3-2 as follows:

> a.     **M & G Trucking and Transportation, Inc.,** whose last known address is 804 School Street, Pawtucket, RI 02860.
>
> b.     **M & G Trucking and Transportation, Inc.'s Registered Agent, Mark J. Majkut, in the State of Rhode Island,** whose last known address is 1 San Antonio Way, Pawtucket, RI 02860 (M & G Trucking and Transportation, Inc. has no known registered agent in the State of Indiana).
>
> c.     **Winston Baena,** whose last known address is 55 Bagley Street, Pawtucket, RI 02860.

6.     Plaintiffs' counsel is providing the Indiana Secretary of State's office with a total of $30.00 per I.C. 23-0.5-9-56 to accomplish service per the Statute to each of the aforementioned entities ($10.00 each per summons).

2

WHEREFORE, plaintiffs, by counsel, request the Secretary of State to accept service and serve process in accordance with I.C. 34-33-3-1 and 2 on Winston Baena, M & G Trucking and Transportation, Inc., and M & G Trucking and Transportation Inc.'s Registered Agent, Mark J. Majkut.

Respectfully submitted,

Date: __12/6__, 2019

Tara M. Worthley; #25883-64
LANGER AND LANGER
4 Indiana Avenue
Valparaiso, IN 46383
Telephone: 219-464-3246
Fax: 219-462-4198
tworthley@langerlaw.com
Attorney for Plaintiffs

3

**LaPorte Circuit Court**

# IN THE LA PORTE CIRCUIT COURT
## STATE OF INDIANA

LINDA MATEJCAK and )
ANTHONY MATEJCAK, )
)
      Plaintiffs, )
v. )   No.: **46C01-1912-CT-002900**
)
M & G TRUCKING AND )
TRANSPORTATION, INC. and )
WINSTON BAENA )
)
      Defendants. )

## SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:

**Winston Baena**
**c/o Secretary of the State of Indiana**
**200 W. Washington Street, Room 201**
**Indianapolis, IN 46204**

You have been sued by the person(s) identified as "Plaintiffs" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this SUMMONS. It also states the demand which the Plaintiffs have made against you.

You must either personally or by your attorney file your written answer to the Complaint with the Clerk within twenty (20) days commencing the day after this SUMMONS and the Complaint were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and Complaint were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and Complaint were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and Complaint were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the Complaint by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the Complaint of the Plaintiffs within the times prescribed herein, judgment will be entered against you for what the Plaintiffs have demanded.

If you have a claim against the Plaintiffs arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:     **CERTIFIED MAIL**

Attorney for Plaintiffs:         Date:   12/13/2019
Tara M. Worthley; #25883-64              Clerk, LaPorte Superior Court
LANGER & LANGER
4 Indiana Avenue                  /s/ Janice Lindwall
Valparaiso, IN 46383          By:
Phone: 219-464-3246              Deputy Clerk



## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant, Winston Baena, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiffs.

Clerk, LaPorte Superior Court

Dated: _____          By: _____
                                   Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant, Winston Baena, was accepted by the Defendant on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____ day of _____, 2019.

Clerk, LaPorte Superior Court

Dated: _____          By: _____
                                   Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

By delivering on _____, 2019, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

I.  By leaving on _____, 2019, for each of the within named person(s) the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of Winston Baena in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

II. This SUMMONS came to hand this date _____, 2019. The within named _____ was not found in my bailiwick this date, _____, 2019.

ALL DONE IN LAPORTE COUNTY, INDIANA.

Sheriff of LaPorte County, Indiana

By: _____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in_____, Indiana, on this date, _____, 2019.

_____
Signature of Defendant

LaPorte Circuit Court

# IN THE LA PORTE CIRCUIT COURT
## STATE OF INDIANA

LINDA MATEJCAK and     )
ANTHONY MATEJCAK,     )
    )
       Plaintiffs,     )
v.     )    No.:    **46C01-1912-CT-002900**
    )
M & G TRUCKING AND     )
TRANSPORTATION, INC. and     )
WINSTON BAENA     )
    )
       Defendants.     )

### SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:

> **M & G Trucking and Transportation, Inc.**
> **c/o Secretary of the State of Indiana**
> **200 W. Washington Street, Room 201**
> **Indianapolis, IN 46204**

You have been sued by the person(s) identified as "Plaintiffs" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this SUMMONS. It also states the demand which the Plaintiffs have made against you.

You must either personally or by your attorney file your written answer to the Complaint with the Clerk within twenty (20) days commencing the day after this SUMMONS and the Complaint were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and Complaint were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and Complaint were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and Complaint were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the Complaint by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the Complaint of the Plaintiffs within the times prescribed herein, judgment will be entered against you for what the Plaintiffs have demanded.

If you have a claim against the Plaintiffs arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:    **CERTIFIED MAIL**

Attorney for Plaintiffs:     Date:    12/13/2019
Tara M. Worthley; #25883-64           Clerk, LaPorte Superior Court
LANGER & LANGER
4 Indiana Avenue
Valparaiso, IN 46383     By:    /s/ Janice Lindwall
Phone: 219-464-3246           Deputy Clerk

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant, M & G Trucking and Transportation, Inc., by _____ mail, requesting a return receipt, at the address furnished by the Plaintiffs.

Clerk, LaPorte Superior Court

Dated: _____        By:    _____
                                    Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant, M & G Trucking and Transportation, Inc., was accepted by the Defendant on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____ day of _____, 2019.

Clerk, LaPorte Superior Court

Dated: _____        By:    _____
                                    Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

By delivering on _____, 2019, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

I.     By leaving on _____, 2019, for each of the within named person(s) the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of M & G Trucking and Transportation, Inc. in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

II.    This SUMMONS came to hand this date _____, 2019. The within named _____ was not found in my bailiwick this date, _____, 2019.

ALL DONE IN LAPORTE COUNTY, INDIANA.

Sheriff of LaPorte County, Indiana

By:    _____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in _____, Indiana, on this date, _____, 2019.

_____
Signature of Defendant

**LaPorte Circuit Court**

# IN THE LA PORTE CIRCUIT COURT
## STATE OF INDIANA

| | | |
|---|---|---|
| LINDA MATEJCAK and | ) | |
| ANTHONY MATEJCAK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.: **46C01-1912-CT-002900** |
| | ) | |
| M & G TRUCKING AND | ) | |
| TRANSPORTATION, INC. and | ) | |
| WINSTON BAENA | ) | |
| | ) | |
| Defendants. | ) | |

### SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:       **Mark J. Majkut, Registered Agent for M & G Trucking and Transportation, Inc.**
**c/o Secretary of the State of Indiana**
**200 W. Washington Street, Room 201**
**Indianapolis, IN 46204**

You have been sued by the person(s) identified as "Plaintiffs" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this SUMMONS. It also states the demand which the Plaintiffs have made against you.

You must either personally or by your attorney file your written answer to the Complaint with the Clerk within twenty (20) days commencing the day after this SUMMONS and the Complaint were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and Complaint were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and Complaint were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and Complaint were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the Complaint by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the Complaint of the Plaintiffs within the times prescribed herein, judgment will be entered against you for what the Plaintiffs have demanded.

If you have a claim against the Plaintiffs arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:       **CERTIFIED MAIL**

Date: 12/13/2019

_____
Clerk, LaPorte Superior Court

Attorney for Plaintiffs:
Tara M. Worthley; #25883-64
LANGER & LANGER
4 Indiana Avenue
Valparaiso, IN 46383
Phone: 219-464-3246

By: /s/ Janice Lindwall
_____
Deputy Clerk

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant, Mark J. Majkut, Registered Agent for M & G Trucking and Transportation, Inc., by _____ mail, requesting a return receipt, at the address furnished by the Plaintiffs.

Clerk, LaPorte Superior Court

Dated: _____          By: _____
                                    Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant, Mark J. Majkut, Registered Agent for M & G Trucking and Transportation, Inc., was accepted by the Defendant on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____ day of _____, 2019.

Clerk, LaPorte Superior Court

Dated: _____          By: _____
                                    Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

By delivering on _____, 2019, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

I.    By leaving on _____, 2019, for each of the within named person(s) the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of Mark J. Majkut, Registered Agent for M & G Trucking and Transportation, Inc. in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

II.   This SUMMONS came to hand this date _____, 2019. The within named _____ was not found in my bailiwick this date, _____, 2019.

ALL DONE IN LAPORTE COUNTY, INDIANA.

Sheriff of LaPorte County, Indiana

By: _____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in _____, Indiana, on this date, _____, 2019.

_____
Signature of Defendant

STATE OF INDIANA      )            IN THE LA PORTE CIRCUIT COURT

) SS:

COUNTY OF LA PORTE    )           CAUSE NO. 46C01-1912-CT-002900

| | |
|---|---|
| LINDA MATEJCAK and<br>ANTHONY MATEJCAK, | )<br>)<br>) |
|           Plaintiffs, | )<br>) |
|    v. | )<br>) |
| M & G TRUCKING AND<br>TRANSPORTATION, INC., and<br>WINSTON BAENA, | )<br>)<br>)<br>) |
|           Defendants. | )<br>) |

## APPEARANCE FORM (CIVIL)
Responding Party

**Case Number:**   46C01-1912-CT-002900 _____

/ / Check if *Pro Se*

The undersigned attorney and all attorneys listed on this form now appear in this case for the following:

1.    M & G Trucking and Transportation, Inc.
     Winston Baena
               Name or names of responding party or parties.

2.    Applicable attorney information for service as required by Ind. Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and 77(B) is as follows:

    Paul T. Belch                        Attorney Number:  18533-49
    **TRAVELERS STAFF COUNSEL INDIANA** E-Mail:  pbelch@travelers.com
    P. O. Box 64093                   Phone:  317-818-5111
    St. Paul, MN 55164-0093          FAX:   317-818-5124

3.    There are other party members:  Yes _____     No _____X_____

4.    If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):_____

5.    I will accept service by FAX at the above noted number:  Yes ___ No<u>X</u>

6.    I will accept service by E-FILE at the above noted email:  Yes <u>X</u> No ___

7.    This case involves support issues: Yes ___ No<u>    X</u>

8.    There are related cases:  Yes ___ No<u>X</u>

9.    This form has been served on all other parties.  Certificate of Service attached.

10.   Additional information required by local rule: _____

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:   <u>/s/ *Paul T. Belch*                    </u>
Paul T. Belch, 18533-49


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on <u>December 23, 2020</u>:

Tara M. Worthley
LANGER AND LANGER

By:   <u>/s/ *Paul T. Belch*                    </u>
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb

STATE OF INDIANA       )         IN THE LA PORTE CIRCUIT COURT
                          ) SS:
COUNTY OF LA PORTE   )         CAUSE NO. 46C01-1912-CT-002900


LINDA MATEJCAK and        )
ANTHONY MATEJCAK,      )
                          )
          Plaintiffs,     )
                          )
   v.                     )
                          )
M & G TRUCKING AND       )
TRANSPORTATION, INC., and  )
WINSTON BAENA,          )
                          )
         Defendants.   )

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER

Defendants, M & G Trucking and Transportation, Inc., and Winston Baena, by counsel, respectfully move the Court for an enlargement of time pursuant to Ind. Trial Rule 6(B)(1), and show the Court:

1. A response to Plaintiffs' *Complaint at Law* is due on <u>January 8, 2020</u>, and said time has not expired.

2. No prior enlargements have been requested.

3. Said enlargement of time would expire on <u>February 7, 2020</u>.

4. Such enlargement of time is necessary so that the attorney for Defendants will be able to properly investigate the allegations in Plaintiffs' Complaint in order to adequately respond thereto.

1

WHEREFORE, Defendants respectfully pray for an enlargement of time to respond to Plaintiffs' Complaint, and for all other just and proper relief in the premises.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:     /s/ *Paul T. Belch*
        Paul T. Belch, 18533-49


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on <u>December 23, 2020</u>:

Tara M. Worthley
LANGER AND LANGER


By:     /s/ *Paul T. Belch*
        Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:*** P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
<u>pbelch@travelers.com</u>

PTB:gb

STATE OF INDIANA ) IN THE LA PORTE CIRCUIT COURT

COUNTY OF LA PORTE ) SS:

) CAUSE NO. 46C01-1912-CT-002900

LINDA MATEJCAK and )
ANTHONY MATEJCAK, )
)
            Plaintiffs, )
)
    v. )
)
M & G TRUCKING AND )
TRANSPORTATION, INC., and )
WINSTON BAENA, )
)
          Defendants. )

## ORDER ENLARGING TIME TO ANSWER

    The Court, having reviewed the *Motion for Enlargement of Time to Answer* filed

by Defendants, and being duly advised in the premises, now **GRANTS** said Motion.

    **IT IS THEREFORE ORDERED** that the time within which Defendants, M & G

Trucking and Transportation, Inc., and Winston Baena, are required to respond to

the Plaintiffs' Complaint, is enlarged to and including **February 7, 2020.**

Date: _____        _____

                                       Judge, La Porte Circuit Court

**DISTRIBUTION:**
Tara M. Worthley, LANGER AND LANGER
Paul T. Belch, TRAVELERS STAFF COUNSEL INDIANA

STATE OF INDIANA       )            IN THE LA PORTE CIRCUIT COURT
                       ) SS:
COUNTY OF LA PORTE     )            CAUSE NO. 46C01-1912-CT-002900


LINDA MATEJCAK and              )
ANTHONY MATEJCAK,               )
                                )
            Plaintiffs,          )
                                )
      v.                         )
                                )
M & G TRUCKING AND              )
TRANSPORTATION, INC., and       )
WINSTON BAENA,                  )
                                )
            Defendants.          )


## ORDER ENLARGING TIME TO ANSWER

The Court, having reviewed the *Motion for Enlargement of Time to Answer* filed

by Defendants, and being duly advised in the premises, now **GRANTS** said Motion.

**IT IS THEREFORE ORDERED** that the time within which Defendants, M & G

Trucking and Transportation, Inc., and Winston Baena, are required to respond to

the Plaintiffs' Complaint, is enlarged to and including **February 7, 2020.**


Date:  __**December 23, 2019**__        _____
                                        Judge, La Porte Circuit Court

**DISTRIBUTION:**
Tara M. Worthley, LANGER AND LANGER
Paul T. Belch, TRAVELERS STAFF COUNSEL INDIANA

| | |
|---|---|
| **From:** | efilingmail@tylerhost.net |
| **Sent:** | Thursday, January 9, 2020 11:32 AM |
| **To:** | Buckner,Ginger |
| **Subject:** | [External] Notice of electronic filing for Case: 46C01-1912-CT-002900; Linda Matejcak, Anthony Matejcak v.M & G Trucking and Transportation, Inc., Winston Baena; Envelope Number: 10812648 |

# Notice of Electronic Filing

Service Provider: Tyler Technologies Odyssey
File and Serve <u>Need Help?</u>
Email: efiling.support@tylertech.com

Envelope Number: 10812648
Case Number: 46C01-1912-CT-002900
Case Style: Linda Matejcak, Anthony Matejcak
v.M & G Trucking and Transportation, Inc.,
Winston Baena

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

1

| Filing Details | |
|---|---|
| **Court** | LaPorte Circuit Court |
| **Date/Time Submitted** | 1/9/2020 10:31 AM CST |
| **Filing Type** | Proposed Notice |
| **Filing Description** | Defendants' Notice of Removal of Cause to Federal Court |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Ginger Buckner |
| **Filing Attorney** | Paul Belch |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay. |
| If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |
| Waiver Selected |

| | |
|---|---|
| Case Fees | $0.00 |
| Proposed Notice | $0.00 |
| Grand Total | $0.00 |
| **Total:**$0.00 | |

| Document Details | |
|---|---|
| **Lead Document** | Notice of Removal (state) 1-9-20.pdf |
| **Lead Document Page Count** | 2 |
| **File Copy** | [Download Document](#) |
| This link is active for 45 days. | |



For more information on e-filing in Indiana visit courts.in.gov/efile. There you will find answers to frequently asked questions, the E-filing User Guide, and tutorials and infographics to help guide you.

Indiana Supreme Court
Office of Judicial Administration

3

**Please do not reply to this email. It was automatically generated.**

STATE OF INDIANA     )         IN THE LA PORTE CIRCUIT COURT 1
                                ) SS:
COUNTY OF LA PORTE    )         CAUSE NO. 46C01-1912-CT-002900


LINDA MATEJCAK and        )
ANTHONY MATEJCAK,        )
                                )
           Plaintiffs,        )
                                )
     v.                          )
                                )
M & G TRUCKING AND        )
TRANSPORTATION, INC., and    )
WINSTON BAENA,            )
                                )
           Defendants.       )

## DEFENDANTS' NOTICE OF REMOVAL OF CAUSE TO FEDERAL COURT

Defendants, M & G Trucking and Transportation, Inc., and Winston Baena, by counsel, hereby provide notice of the removal of this cause from the LaPorte County Circuit Court to the United States District Court for the Northern District of Indiana, South Bend Division, pursuant to 28 U.S.C. §§ 1441 and 1446. Pursuant to 28 U.S.C. § 1446(d), the LaPorte County Circuit Court is deprived of jurisdiction and shall undertake no further proceedings with respect to this cause.


Respectfully submitted,

TRAVELERS STAFF COUNSEL INDIANA

By:    */s/ Paul T. Belch*
          Paul T. Belch, 18533-49

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically using the Indiana E-Filing System (IEFS) and served upon the following persons via IEFS on <u>January 9, 2020</u>:

Tara M. Worthley
LANGER AND LANGER

By:    <u>*/s/ Paul T. Belch*</u>
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:***  P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb