Filed: 12/10/2019 2:25:22 PM
Clerk
LaPorte County, Indiana

LaPorte Circuit Court

## IN THE LA PORTE CIRCUIT COURT
## STATE OF INDIANA

| | | |
|---|---|---|
| LINDA MATEJCAK and ANTHONY MATEJCAK, | ) ) ) | |
| Plaintiffs, | ) ) | No.: **46C01-1912-CT-002900** |
| v. | ) ) | |
| M & G TRUCKING AND TRANSPORTATION, INC. and WINSTON BAENA | ) ) ) | **Jury Demand** |
| Defendants. | ) ) | |

## COMPLAINT AT LAW
## COUNT I – PERSONAL INJURY - NEGLIGENCE - LINDA MATEJCAK

Plaintiff, LINDA MATEJCAK, by and through her attorneys, LANGER AND LANGER, complaining of Defendants, M & G TRUCKING AND TRANSPORTATION, INC and WINSTON BAENA, complains of each as follows:

1.     On January 4, 2018, and at all times relevant hereto, Interstate 80 (hereinafter "I-80") was a public highway running in a generally east/west direction in the County of La Porte, Township of Center, State of Indiana.

2.     On January 4, 2018, and at all times relevant hereto, Plaintiff, LINDA MATEJCAK, was a passenger in a vehicle operated by Plaintiff, ANTHONY MATEJCAK, traveling in a generally westbound direction on I-80 at or near mile post 43.

3.     On January 4, 2018, Defendant, WINSTON BAENA, operated a truck traveling in a generally westbound direction on I-80 at or near mile post 43.

4.     On January 4, 2018, and at all times relevant hereto, Defendant, WINSTON BAENA, was operating a truck bearing the names and logos of Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

1

5.     On January 4, 2018, and at all times relevant hereto, Defendant, WINSTON BAENA, was a duly authorized agent and/or employee of Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

6.     On January 4, 2018, and at all times relevant hereto, the vehicle operated by Defendant, WINSTON BAENA, was owned, managed, and/or controlled by Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

7.     On January 4, 2018, and at times relevant hereto, Defendant, WINSTON BAENA, was acting within the scope of his employment and/or agency with Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

8.     On January 4, 2018, Defendant, WINSTON BAENA, struck the vehicle in which Plaintiff, LINDA MATEJCAK was riding.

9.     On January 4, 2018, and at all times relevant hereto, Defendant, M & G TRUCKING AND TRANSPORTATION, INC, individually, and through their duly authorized agent and/or employee, Defendant, WINSTON BAENA, owed a duty to exercise reasonable care in the operation of their motor vehicle to avoid placing others in danger and to avoid coming into contact with another vehicle on the roadway.

10.     At the time and place aforesaid, Defendant, M & G TRUCKING AND TRANSPORTATION, INC, individually, and through their duly authorized agent and/or employee, Defendant, WINSTON BAENA was negligent in one or more of the following respects:

      a. Failing to properly train, monitor, and or/supervise its employees, drivers, and/or agents;

      b. Failing to train and/or properly train Defendant, WINSTON BAENA before allowing him to operate a vehicle;

      c. Permitting Defendant, WINSTON BAENA to operate a vehicle when it knew or should have known that he was not properly qualified and/or trained;

2

    d.  Following another vehicle more closely than was reasonable and prudent in violation of § 9-21-8-14;

    e.  Driving a vehicle on a highway at a speed greater than was reasonable and prudent under the conditions, having regard to the actual and potential hazards then existing in violation of § 9-21-5-1(a)

    f.  Failed to maintain proper control over the semi-tractor trailer to avoid colliding with another vehicle;

    g.  Driving too fast for conditions; and

    h.  Failing to keep and maintain a proper lookout.

11.    As a direct and proximate result of one or more of the aforesaid acts or omissions of Defendants, M & G TRUCKING AND TRANSPORTATION, INC, and WINSTON BAENA, Plaintiff, LINDA MATEJCAK, sustained injuries of a personal and pecuniary nature.

**WHEREFORE,** Plaintiffs respectfully prays that this Court enter judgment in favor of the Plaintiff and against the Defendant in a just and proper amount, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

Dated: 12/6 , 2019

Tara M. Worthley; #25887-64
LANGER AND LANGER
4 Indiana Avenue
Valparaiso, IN 46383
Telephone: 219-464-3246
Fax: 219-462-4198
tworthley@langerlaw.com
Attorney for Plaintiffs

3

## COUNT II – LOSS OF CONSORTIUM - ANTHONY MATEJCAK

Plaintiff, ANTHONY MATEJCAK, by and through his attorneys, LANGER AND LANGER, complaining of Defendants, M & G TRUCKING AND TRANSPORTATION, INC and WINSTON BAENA, complains of each as follows:

1.      On January 4, 2018, and at all times relevant hereto, I-80 was a public highway running in a generally east/west direction in the County of La Porte, Township of Center, State of Indiana.

2.      On January 4, 2018, and at all times relevant hereto, Plaintiff, LINDA MATEJCAK, was a passenger in a vehicle operated by Plaintiff, ANTHONY MATEJCAK, traveling in a generally westbound direction on I-80 at or near mile post 43.

3.      On January 4, 2018, Defendant, WINSTON BAENA, operated a truck traveling in a generally westbound direction on I-80 at or near mile post 43.

4.      On January 4, 2018, and at all times relevant hereto, Defendant, WINSTON BAENA, was operating a truck bearing the names and logos of Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

5.      On January 4, 2018, and at all times relevant hereto, Defendant, WINSTON BAENA, was a duly authorized agent and/or employee of Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

6.      On January 4, 2018, and at all times relevant hereto, the vehicle operated by Defendant, WINSTON BAENA, was owned, managed, and/or controlled by Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

7.      On January 4, 2018, and at times relevant hereto, Defendant, WINSTON BAENA, was acting within the scope of his employment and/or agency with Defendant, M & G TRUCKING AND TRANSPORTATION, INC.

8.      On January 4, 2018, Defendant, WINSTON BAENA, struck the vehicle in which Plaintiff, LINDA MATEJCAK was riding.

9.      On January 4, 2018, and at all times relevant hereto, Defendant, M & G TRUCKING AND TRANSPORTATION, INC, individually, and through their duly authorized agent and/or employee, Defendant, WINSTON BAENA, owed a duty to exercise reasonable care in the operation of their motor vehicle to avoid placing others in danger and to avoid coming into contact with another vehicle on the roadway.

10.     At the time and place aforesaid, Defendant, M & G TRUCKING AND TRANSPORTATION, INC, individually, and through their duly authorized agent and/or employee, Defendant, WINSTON BAENA was negligent in one or more of the following respects:

    a.   Failing to properly train, monitor, and or/supervise its employees, drivers, and/or agents;

    b.   Failing to train and/or properly train Defendant, WINSTON BAENA before allowing him to operate a vehicle;

    c.   Permitting Defendant, WINSTON BAENA to operate a vehicle when it knew or should have known that he was not properly qualified and/or trained;

    d.   Following another vehicle more closely than was reasonable and prudent in violation of § 9-21-8-14;

    e.   Driving a vehicle on a highway at a speed greater than was reasonable and prudent under the conditions, having regard to the actual and potential hazards then existing in violation of § 9-21-5-1(a)

    f.   Failed to maintain proper control over the semi-tractor trailer to avoid colliding with another vehicle;

    g.   Driving too fast for conditions; and

5

    h. Failing to keep and maintain a proper lookout.

11.    As a direct and proximate result of one or more of the aforesaid acts or omissions of Defendants, M & G TRUCKING AND TRANSPORTATION, INC, and WINSTON BAENA, Plaintiff, LINDA MATEJCAK, sustained injuries of a personal and pecuniary nature.

12.    On and before January 4, 2018, and at all times relevant hereto, Plaintiff, ANTHONY MATEJCAK, was the lawfully wed husband of LINDA MATEJCAK, and sustained the loss of LINDA MATEJCAK's consortium, companionship, society, and support.

**WHEREFORE**, Plaintiffs respectfully prays that this Court enter judgment in favor of the Plaintiff and against the Defendants in a just and proper amount, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

Dated: _12/6_____, 2019

Tara M. Worthley; #25883-64
LANGER AND LANGER
4 Indiana Avenue
Valparaiso, IN 46383
Telephone: 219-464-3246
Fax: 219-462-4198
tworthley@langerlaw.com
Attorney for Plaintiffs

6

## JURY DEMAND

Plaintiffs, by counsel, Tara M. Worthley, pursuant to Indiana Trial Rule 38(B), demand trial by jury as to all issues.

Respectfully submitted,

Dated: ___12/6___, 2019

Tara M. Worthley; #25883-64
LANGER AND LANGER
4 Indiana Avenue
Valparaiso, IN 46383
Telephone: 219-464-3246
Fax: 219-462-4198
tworthley@langerlaw.com
Attorney for Plaintiffs

7